AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT ☒ INFORMATION ☐ INDICTMENT

☐ SUPERSEDING

### OFFENSE CHARGED

Count One: 15 U.S.C. Section 1 - Bid Rigging (Alameda)
Count Two: 18 U.S.C. Section 1349 - Conspiracy to Commit Mail Fraud (Alameda)
Count Three: 15 U.S.C. Section 1 - Bid Rigging (Contra Costa)
Count Four: 18 U.S.C. Section 1349 - Conspiracy to Commit Mail Fraud (Contra Costa)

☐ Petty
☐ Minor
☐ Misde-meanor
☒ Felony

PENALTY: Maximum Terms for Counts 1 & 3: (1) 10 years prison; (2) fine of $1 million; (3) 3 years supervised release; (4) $200 special assessment; (5) Restitution. Maximum Terms for Counts 2 & 4: (1) 30 years prison; (2) fine of $1 million; (3) 5 years supervised release; (4) $200 special assessment; (5) Restitution.

Name of District Court, and/or Judge/Magistrate Location

NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION JUN 3 0 2011

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

─── DEFENDANT - U.S

▶ Robert Kramer

DISTRICT COURT NUMBER

CR11-00423 PJH

### DEFENDANT

IS *NOT* IN CUSTODY
Has not been arrested, pending outcome this proceeding.
1) ☒ If not detained give date any prior summons was served on above charges ▶ _____

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)
_____

IS IN CUSTODY
4) ☐ On this charge

5) ☐ On another conviction ☐ Federal ☐ State

6) ☐ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution
_____

Has detainer ☐ Yes If "Yes"
been filed? ☐ No give date filed _____

DATE OF ARREST _____ Month/Day/Year

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED ▶ _____ Month/Day/Year
TO U.S. CUSTODY

### PROCEEDING

Name of Complainant Agency, or Person (& Title, if any)

Federal Bureau of Investigation

☐ person is awaiting trial in another Federal or State Court, give name of court
_____

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District
_____

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY ☐ DEFENSE

SHOW
DOCKET NO.
}

☐ this prosecution relates to a pending case involving this same defendant

MAGISTRATE
CASE NO.
}

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under
}

Name and Office of Person
Furnishing Information on this form Jeane Hamilton, DOJ

☐ U.S. Attorney ☒ Other U.S. Agency

Name of Assistant U.S.
Attorney (if assigned) _____

☐ This report amends AO 257 previously submitted

### ─── ADDITIONAL INFORMATION OR COMMENTS ───

PROCESS:
☐ SUMMONS ☒ NO PROCESS* ☐ WARRANT

If Summons, complete following:
☐ Arraignment ☐ Initial Appearance

Defendant Address:
_____

Bail Amount: None

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment*

Date/Time: _____ Before Judge: _____

Comments:

PENALTY SHEET

Individual:     Robert Kramer

15 U.S.C. § 1 – Bid Rigging (Counts 1 & 3)
<u>Maximum Penalties</u>:
1.      A term of imprisonment of 10 years
2.      A fine of $1 million, or two times the gross gain or loss, whichever is greater
3.      A period of supervised release of not more than 3 years
4.      $100 special assessment per count ($200)
5.      Restitution

18 U.S.C. § 1349 – Conspiracy to Commit Mail Fraud (Counts 2 & 4)
<u>Maximum Penalties</u>:
1.      A term of imprisonment of 30 years
2.      A fine of $1 million
3.      A period of supervised release of not more than 5 years
4.      $100 special assessment per count ($200)
5.      Restitution

1  JEANE HAMILTON (CSBN 157834)
2  ALBERT B. SAMBAT (CSBN 236472)
   DAVID J. WARD (CSBN 239504)
3  CHRISTINA M. WHEELER (CSBN 203395)
   MANISH KUMAR (CSBN 269493)
4  U.S. Department of Justice
   Antitrust Division
5  450 Golden Gate Avenue
6  Box 36046, Room 10-0101
   San Francisco, CA 94102
7  albert.sambat@usdoj.gov
   Telephone: (415) 436-6660
8
9  Attorneys for the United States

**FILED**

JUN 3 0 2011

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

10              UNITED STATES DISTRICT COURT

11             NORTHERN DISTRICT OF CALIFORNIA

12                  OAKLAND DIVISION

| | |
|---|---|
| 13  UNITED STATES OF AMERICA | )  Criminal No. **CR11-00423** PJH |
| 14 | ) |
| 15              v. | )  **INFORMATION** |
| 16 | )  VIOLATIONS: 15 U.S.C. § 1 – Bid Rigging (Counts One & Three); |
| 17  ROBERT KRAMER, | )  18 U.S.C. § 1349 – Conspiracy to Commit Mail Fraud (Counts Two & Four) |
| 18              Defendant. | ) |
| 19 | ) |

20

21       The United States of America, acting through its attorneys, charges:

22                  ROBERT KRAMER,

23  the defendant herein, as follows:

24                  <u>BACKGROUND</u>

25       1.     When California homeowners default on their mortgages, the lender or loan

26  servicer can institute foreclosure proceedings through a non-judicial public foreclosure auction.

27  These public auctions typically take place at or near the county courthouse.  At the auction an

28  auctioneer sells the property to the bidder offering the highest purchase price.  Proceeds from the

INFORMATION – ROBERT KRAMER – 1

1   sale are then used to pay off the mortgage and other debt attached to the property.  Proceeds

2   remaining from the sale are then paid to the homeowner.

3   <u>COUNT ONE</u>: 15 U.S.C. § 1 – Bid Rigging (Alameda County)

4                                   <u>THE COMBINATION AND CONSPIRACY</u>

5          2.      Beginning as early as May 2008 and continuing until in or about December 2010,

6   the defendant ROBERT KRAMER and co-conspirators entered into and engaged in a

7   combination and conspiracy to suppress and restrain competition by rigging bids to obtain

8   selected real estate offered at Alameda County, California public real estate foreclosure auctions

9   in the Northern District of California, in unreasonable restraint of interstate trade and commerce,

10  in violation of the Sherman Act, Title 15, United States Code, Section 1.

11         3.      The charged combination and conspiracy consisted of a continuing agreement,

12  understanding, and concert of action among the defendant and co-conspirators, the substantial

13  terms of which were:

14                 a.      to suppress competition by agreeing to refrain from full competitive

15  bidding against each other to obtain selected real estate offered at Alameda County, California

16  public real estate foreclosure auctions;

17                 b.      to make payoffs to one another in return for suppressing competition for

18  selected real estate offered at public real estate foreclosure auctions; and

19                 c.      to obtain title to selected real estate sold at non-competitive, rigged prices.

20         4.      For the purpose of forming and carrying out the charged combination and

21  conspiracy, the defendant and co-conspirators did those things that they combined and conspired

22  to do, including, among other things:

23                 a.      agreeing, during meetings, conversations, and communications, to rig bids

24  to obtain selected real estate offered at Alameda County, California public real estate foreclosure

25  auctions;

26                 b.      designating, in various ways, which conspirator would win the selected

27  real estate at the public real estate foreclosure auctions for the group of conspirators;

28  / / /

    INFORMATION – ROBERT KRAMER – 2

1             c.     bidding at non-competitive amounts or refraining from bidding for the

2 selected real estate at the public real estate foreclosure auctions;

3             d.     in some instances, engaging in direct negotiations with one or more

4 co-conspirators to pay one another not to compete for selected real estate at the public real estate

5 foreclosure auctions;

6             e.     in many other instances, holding secret private auctions, at or near the

7 courthouse steps where the public auctions were held, open only to members of the conspiracy,

8 to rebid for the selected real estate obtained at the public real estate foreclosure auctions;

9             f.     awarding the selected real estate to the conspirators who submitted the

10 highest bids at the private auctions; and

11             g.     distributing the proceeds of the private auctions, including cash payoffs,

12 based upon a predetermined formula agreed upon by the members of the conspiracy.

13      5.     Various entities and individuals, not made defendants in this Information,

14 participated as co-conspirators in the offenses charged in this Information and performed acts

15 and made statements in furtherance of them.

16 <center>TRADE AND COMMERCE</center>

17      6.     During the period covered by this Information, the business activities of the

18 defendant and co-conspirators that are the subject of this Information were within the flow of,

19 and substantially affected, interstate trade and commerce. For example, mortgage holders

20 located in states other than California received proceeds from the public real estate foreclosure

21 auctions that were subject to the bid-rigging conspiracy.

22 <center>JURISDICTION AND VENUE</center>

23      7.     The combination and conspiracy charged in this Information was carried out, in

24 part, in the Northern District of California, within the five years preceding the filing of this

25 Information.

26      ALL IN VIOLATION OF TITLE 15, UNITED STATES CODE, SECTION 1.

27 / / /

28 / / /

INFORMATION – ROBERT KRAMER – 3

1   COUNT TWO: 18 U.S.C. § 1349 – Conspiracy to Commit Mail Fraud (Alameda County)

2                                          THE CONSPIRACY

3          8.      Beginning as early as May 2008 and continuing until in or about December 2010

4   in Alameda County in the Northern District of California, the defendant ROBERT KRAMER

5   and co-conspirators did willfully and knowingly combine, conspire, and agree with each other to

6   violate Title 18, United States Code, Section 1341, namely, to knowingly devise and intend to

7   devise a material scheme or artifice to defraud financial institutions and others and to obtain

8   money and property by materially false and fraudulent pretenses and, for the purpose of

9   executing or attempting to execute such scheme or artifice, to knowingly use and cause to be

10  used the United States Postal Service or any private or commercial interstate carrier, in violation

11  of Title 18, United States Code, Section 1349.

12         9.      It was an object of the conspiracy that the defendant and his co-conspirators

13  suppress competition by acquiring title to selected real estate at prices lower than would have

14  resulted from fully competitive auctions, carried out by making payoffs to co-conspirators

15  through direct negotiations or by holding second, private auctions and dividing the profits of the

16  scheme (the difference between the public auction prices and the prices paid at the private

17  auctions) among themselves.  In other words, the defendant and co-conspirators manipulated the

18  sales price of selected real estate, causing false, artificially low sales prices to be reported and

19  paid to victims of the scheme.  It was a further object of the conspiracy that the defendant and

20  co-conspirators obtain title to the fraudulently acquired real estate, including recorded proof of

21  title, in order to permit later sale of the fraudulently acquired real estate and receive additional

22  profits from those sales.

23                                        MEANS AND METHODS

24         The principal means and methods used to accomplish the conspiracy were as follows:

25         10.     Each and every allegation contained in Paragraphs 4 and 5 of Count One of this

26  Information is here realleged as if fully set forth in this Count.

27         11.     For the purpose of executing the scheme or artifice to defraud, the defendant and

28  co-conspirators did knowingly cause Trustee's Deeds Upon Sale for the fraudulently obtained

    INFORMATION – ROBERT KRAMER – 4

1   real estate to be sent or delivered by the United States Postal Service or a private or commercial
2   interstate carrier.  These mailings were foreseeable to the defendant in the ordinary course of
3   business.

4                                         OVERT ACTS

5           12.     In addition to causing the use of the United States Postal Service or a private or
6   commercial interstate carrier in furtherance of the conspiracy and to effect the illegal objects
7   thereof, the defendant and co-conspirators, in the manner described in Count One, Paragraph 4,
8   and for the purpose of carrying out the charged conspiracy, on multiple occasions paid out and
9   received substantial sums in payoffs in exchange for their agreement not to compete at the
10  Alameda County, California public real estate foreclosure auctions in the Northern District of
11  California.

12                                  JURISDICTION AND VENUE

13          13.     The combination, conspiracy, and agreement to violate Title 18, United States
14  Code, Section 1341 charged in this Information was carried out, in part, in the Northern District
15  of California, within the five years preceding the filing of this Information.

16          ALL IN VIOLATION OF TITLE 18, UNITED STATES CODE, SECTION 1349.

17  COUNT THREE: 15 U.S.C. § 1 – Bid Rigging (Contra Costa County)

18                          THE COMBINATION AND CONSPIRACY

19          14.     Beginning as early as August 2008 and continuing until in or about January 2010,
20  the defendant ROBERT KRAMER and co-conspirators entered into and engaged in a
21  combination and conspiracy to suppress and restrain competition by rigging bids to obtain
22  selected real estate offered at Contra Costa County, California public real estate foreclosure
23  auctions in the Northern District of California, in unreasonable restraint of interstate trade and
24  commerce, in violation of the Sherman Act, Title 15, United States Code, Section 1.

25          15.     The charged combination and conspiracy consisted of a continuing agreement,
26  understanding, and concert of action among the defendant and co-conspirators, the substantial
27  terms of which were:

28  / / /

INFORMATION – ROBERT KRAMER – 5

1           a.     to suppress competition by agreeing to refrain from full competitive

2    bidding against each other to obtain selected real estate offered at Contra Costa County,

3    California public real estate foreclosure auctions;

4           b.     to make payoffs to one another in return for suppressing competition for

5    selected real estate offered at public real estate foreclosure auctions; and

6           c.     to obtain title to selected real estate sold at non-competitive, rigged prices.

7        16.    For the purpose of forming and carrying out the charged combination and

8    conspiracy, the defendant and co-conspirators did those things that they combined and conspired

9    to do, including, among other things:

10           a.     agreeing, during meetings, conversations, and communications, to rig bids

11    to obtain selected real estate offered at Contra Costa County, California public real estate

12    foreclosure auctions;

13           b.     designating, in various ways, which conspirator would win the selected

14    real estate at the public real estate foreclosure auctions for the group of conspirators;

15           c.     bidding at non-competitive amounts or refraining from bidding for the

16    selected real estate at the public real estate foreclosure auctions;

17           d.     in some instances, engaging in direct negotiations with one or more

18    co-conspirators to pay one another not to compete for selected real estate at the public real estate

19    foreclosure auctions;

20           e.     in many other instances, holding secret private auctions, at or near the

21    courthouse steps where the public auctions were held, open only to members of the conspiracy,

22    to rebid for the selected real estate obtained at the public real estate foreclosure auctions;

23           f.     awarding the selected real estate to the conspirators who submitted the

24    highest bids at the private auctions; and

25           g.     distributing the proceeds of the private auctions, including cash payoffs,

26    based upon a predetermined formula agreed upon by the members of the conspiracy.

27    / / /

28    / / /

INFORMATION – ROBERT KRAMER – 6

1    17.    Various entities and individuals, not made defendants in this Information,

2    participated as co-conspirators in the offenses charged in this Information and performed acts

3    and made statements in furtherance of them.

4                                    TRADE AND COMMERCE

5    18.    During the period covered by this Information, the business activities of the

6    defendant and co-conspirators that are the subject of this Information were within the flow of,

7    and substantially affected, interstate trade and commerce.  For example, mortgage holders

8    located in states other than California received proceeds from the public real estate foreclosure

9    auctions that were subject to the bid-rigging conspiracy.

10                                  JURISDICTION AND VENUE

11    19.    The combination and conspiracy charged in this Information was carried out, in

12    part, in the Northern District of California, within the five years preceding the filing of this

13    Information.

14    ALL IN VIOLATION OF TITLE 15, UNITED STATES CODE, SECTION 1.

15    COUNT FOUR: 18 U.S.C. § 1349 – Conspiracy to Commit Mail Fraud (Contra Costa County)

16                                        THE CONSPIRACY

17    20.    Beginning as early as August 2008 and continuing until in or about January 2010

18    in Contra Costa County in the Northern District of California, the defendant ROBERT

19    KRAMER and co-conspirators did willfully and knowingly combine, conspire, and agree with

20    each other to violate Title 18, United States Code, Section 1341, namely, to knowingly devise

21    and intend to devise a material scheme or artifice to defraud financial institutions and others and

22    to obtain money and property by materially false and fraudulent pretenses and, for the purpose of

23    executing or attempting to execute such scheme or artifice, to knowingly use and cause to be

24    used the United States Postal Service or any private or commercial interstate carrier, in violation

25    of Title 18, United States Code, Section 1349.

26    21.    It was an object of the conspiracy that the defendant and his co-conspirators

27    suppress competition by acquiring title to selected real estate at prices lower than would have

28    resulted from fully competitive auctions, carried out by making payoffs to co-conspirators

INFORMATION – ROBERT KRAMER – 7

1 | through direct negotiations or by holding second, private auctions and dividing the profits of the
2 | scheme (the difference between the public auction prices and the prices paid at the private
3 | auctions) among themselves. In other words, the defendant and co-conspirators manipulated the
4 | sales price of selected real estate, causing false, artificially low sales prices to be reported and
5 | paid to victims of the scheme. It was a further object of the conspiracy that the defendant and
6 | co-conspirators obtain title to the fraudulently acquired real estate, including recorded proof of
7 | title, in order to permit later sale of the fraudulently acquired real estate and receive additional
8 | profits from those sales.

9 | <div align="center">MEANS AND METHODS</div>

10 | The principal means and methods used to accomplish the conspiracy were as follows:

11 | 22. Each and every allegation contained in Paragraphs 16 and 17 of Count Three of
12 | this Information is here realleged as if fully set forth in this Count.

13 | 23. For the purpose of executing the scheme or artifice to defraud, the defendant and
14 | co-conspirators did knowingly cause Trustee's Deeds Upon Sale for the fraudulently obtained
15 | real estate to be sent or delivered by the United States Postal Service or a private or commercial
16 | interstate carrier. These mailings were foreseeable to the defendant in the ordinary course of
17 | business.

18 | <div align="center">OVERT ACTS</div>

19 | 24. In addition to causing the use of the United States Postal Service or a private or
20 | commercial interstate carrier in furtherance of the conspiracy and to effect the illegal objects
21 | thereof, the defendant and co-conspirators, in the manner described in Count Three, Paragraph
22 | 16, and for the purpose of carrying out the charged conspiracy, on multiple occasions paid out
23 | and received substantial sums in payoffs in exchange for their agreement not to compete at the
24 | Contra Costa County, California public real estate foreclosure auctions in the Northern District
25 | of California.

26 | / / /
27 | / / /
28 | / / /

INFORMATION – ROBERT KRAMER – 8

1

## JURISDICTION AND VENUE

2        25.    The combination, conspiracy, and agreement to violate Title 18, United States

3   Code, Section 1341 charged in this Information was carried out, in part, in the Northern District

4   of California, within the five years preceding the filing of this Information.

5        ALL IN VIOLATION OF TITLE 18, UNITED STATES CODE, SECTION 1349.

6

7

Christine A. Varney
Assistant Attorney General

Phillip H. Warren
Chief, San Francisco Office

8

9

Scott D. Hammond
Deputy Assistant Attorney General

Peter K. Huston
Assistant Chief, San Francisco Office

10

11

12

John F. Terzaken
Director of Criminal Enforcement
United States Department of Justice
Antitrust Division

Albert B. Sambat
Jeane Hamilton
David J. Ward
Christina M. Wheeler
Manish Kumar
Trial Attorneys
United States Department of Justice
Antitrust Division

13

14

15

16

17

Melinda L. Haag
United States Attorney
Northern District of California

18

19

20

21

22

23

24

25

26

27

28

INFORMATION – ROBERT KRAMER – 9