UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

RELATED CASE ORDER

A Notice of Related Cases has been filed that the following cases are related within the meaning of Crim. L.R. 8-1(b):

| | |
|---|---|
| **CR-11-00423-PJH** | **USA-v-Robert Kramer** |
| **CR-12-00082-YGR** | **USA-v-Hilton Wong** |
| **CR-12-00083-CW** | **USA-v-Dominic Leung** |

**ORDER**

The time for filing a statement to support or oppose the Notice has passed. On the basis of the material submitted to the Court, as the Judge assigned to the earliest filed case, I find that the cases:

[ ]   ARE NOT RELATED as defined by Crim. L.R. 8-1(b).

[ ]   ARE RELATED as defined by Crim. L.R. 8-1(b).  I find, however, that reassignment to me of the action(s) currently assigned to another judge is not warranted.

[ X ]   ARE RELATED as defined by Crim. L.R. 8-1(b).  Pursuant to Crim. L.R. 8-1(e), the Clerk of Court is ordered to reassign the later-filed action to the undersigned. Counsel are instructed that all future filings are to bear the initials **PJH** immediately after the case number. All matters presently scheduled for hearing in the reassigned case(s) are vacated and must be renoticed for hearing before the undersigned.

DATED: February 23, 2012

_____
UNITED STATES DISTRICT JUDGE

CERTIFICATE OF SERVICE

I certify that on the date stated below, I lodged a copy of this order with each judicial officer and served via e-filing a copy to each counsel of record in the cases listed above.

Richard W. Wieking, Clerk

DATED: February 23, 2012                By: _____
                                              Deputy Clerk

Copies to:  Courtroom Deputies