HUGH ANTHONY LEVINE (CABN 69857)
2000 Broadway, Suite 143
Redwood City, CA 94063
Telephone: (415) 732-6101
Facsimile: (510) 350-9123
Email: Levine@LevineDefense.com

Attorney for Defendant, ROBERT KRAMER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         Plaintiff,<br><br>vs.<br><br>ROBERT KRAMER,<br><br>         Defendant. | CR11-00423 PJH<br><br>DEFENDANT'S APPLICATION TO WAIVE HIS APPEARANCE AT THE SEPTEMBER 21st STATUS HEARING; [Proposed] ORDER.<br><br>Hearing Date: September 21, 2016<br><br>Hearing Time: 2:30 p.m. |

  The Court has scheduled a status hearing for September 21, 2016, at 2:30 p.m. Defendant Kramer has a pre-planned trip scheduled on that date and time to travel by air to Midland, Michigan for the wedding of his nephew. He would be unable to appear telephonically at the scheduled time because his flight would be in the air.

  I have informed Mr. Kramer that he has a constitutional right to be present at every court proceeding in this case, including the status hearing scheduled for September 21st, and he understands that he has this constitutional right. Nonetheless, he desires to waive his right to be present at the status hearing in order to be able to attend the wedding of his nephew, and he agrees that his constitutional

rights will be fully protected by the presence and participation of his counsel of record at the status hearing. I as his counsel represent to the Court that (1) I am satisfied that Mr. Kramer understands his constitutional right to be present at all court proceedings in this criminal case, (2) I am satisfied that he is making a knowing, intelligent and voluntary waiver of that right, and (3) I concur in his waiver.

On September 12th I left a voicemail message for Michael Rabkin, Esq., one of the prosecutors of record in this case, informing him of this application and inquiring about the government's position on it, but have received no response.

Respectfully submitted,

/s/ *Hugh Anthony Levine*

HUGH ANTHONY LEVINE

JOHN FRANKLIN PRENTICE III

Attorneys for Defendant

////

////

////