UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>ROBERT KRAMER,<br><br>    Defendant | CR11-00423 PJH<br><br>[Proposed] ORDER GRANTING DEFEN-<br>DANT'S APPLICATION TO WAIVE HIS<br>APPEARANCE AT STATUS HEARING ON<br>SEPTEMBER 21, 2016. |

For the reasons stated in the annexed Defendant's Application to Waive His Appearance at the September 21st Status Hearing (Document ___), and the Court being satisfied that defendant is making a knowing, intelligent and voluntary waiver of his constitutional right to be present at that hearing and that his rights will be fully protected by the appearance and participation of his counsel, IT IS HEREBY ORDERED that the defendant's application to waive his appearance is granted.

Dated: September ___, 2016

_____

PHYLLIS J. HAMILTON

Chief United States District Judge

ORDER GRANTING DEFT'S WAIVER OF
APPEARANCE AT HEARING, CR11-00423 PJH

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

ORDER GRANTING DEFT'S WAIVER OF
APPEARANCE AT HEARING, CR11-00423 PJH