HUGH ANTHONY LEVINE (CABN 69857)

2000 Broadway, Suite 143

Redwood City, CA 94063

Telephone: (415) 732-6101

Facsimile: (510) 350-9123

Email: Levine@LevineDefense.com

Attorney for Defendant ROBERT KRAMER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR11-00423 PJH |
| Plaintiff, | STIPULATION AND [Proposed] ORDER |
| vs. | CONTINUING SENTENCING HEARING TO |
| ROBERT KRAMER, | AUGUST 9, 2017 FROM JULY 12, 2017 DUE |
| Defendant. | TO DEFENSE COUNSEL'S JURY DUTY. |

Sentencing of defendant Robert Kramer currently is calendared for July 12, 2017, at 2:30 p.m. On May 26th defense counsel Hugh Levine received a jury service summons issued by the Superior Court of San Mateo County (Juror Badge 6481949) ordering his appearance for jury service on July 12th at 8:30 a.m. Although Mr. Kramer also is represented by John F. Prentice, Esq. in this case, Mr. Levine is responsible for handling all matters pertaining to sentencing, including the sentencing hearing. Accordingly, the United States and defendant Robert Kramer hereby stipulate and agree that said sentencing hearing should be continued to August 9, 2017, at 2:30 p.m., which the parties have been informed is the Court's next available date when the sentencing hearing can be conducted. Defense counsel has confirmed with assigned Probation Officer Brian Casai that he is available to appear on the proposed date of August 9th.

1

STIPULATION/PROPOSED ORDER
CR11-00423 PJH

**IT IS SO STIPULATED:**

Dated June 1, 2017                     Respectfully submitted,

                                       /s/ *Hugh Anthony Levine*

                                       HUGH ANTHONY LEVINE

                                       Attorney for Defendant Robert Kramer


                                       /s/ *Michael A. Rabkin*

                                       MICHAEL A. RABKIN

                                       U.S. Department of Justice

                                       Antitrust Division

                                       Attorney for the United States


## [PROPOSED] ORDER

Based on the foregoing Stipulation, the Court hereby vacates the previously scheduled sentencing hearing date of July 12, 2017 and reschedules defendant's sentencing hearing for August 9, 2017, at 2:30 p.m.

**IT IS SO ORDERED.**

Dated: June  2 , 2017                  _____

                                       PHYLLIS J. HAMILTON

                                       CHIEF UNITED STATES DISTRICT JUDGE